# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00371-CV

**J. D. D. and G. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C-18-0019-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants J. D. D. and G. M. filed their notices of appeal on May 29, 2019, and June 6, 2019, respectively. The appellate record was complete June 26, 2019, making appellants' briefs due July 16, 2019. On July 16, 2019, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion of J. D. D. and grant in part the motion of G. M. and order counsel to file appellants' briefs no later than August 5, 2019. If the briefs are

not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on July 18, 2019.

Before Justices Goodwin, Baker, and Kelly